# United States District Court
# Central District of California

| | |
|---|---|
| TED KOTCHEFF,<br><br>          Plaintiff,<br><br>     v.<br><br>IVAN DEMETRIUS KAFALLO; DOES 1–10, inclusive,<br><br>          Defendants. | Case No. 2:14-cv-03558-ODW(AJWx)<br><br>**ORDER TO SHOW CAUSE RE. IMPOSITION OF SANCTIONS** |

On July 14, 2014, the Court ordered Defendant Ivan Demetrius Kafallo to comply with Local Rule 7.1-1 by submitting a certificate of interested parties no later than July 18, 2014. (ECF No. 15.) As of July 29, 2014, Kafallo had not complied with that Order, so the Court ordered him to show cause why the Court should not strike his answer and enter default against him. (ECF No. 16.) Kafallo once again failed to respond to the Order.

Kafallo has continued to ignore the Court's Orders to Show Cause despite being given several attempts to comply with them. Nearly one month has passed since the Court's first Order to Show Cause—yet Kafallo has filed no response. The Court therefore **ORDERS** Kafallo to **SHOW CAUSE** by **Wednesday, August 13, 2014**, why the Court should not impose a $100 per day sanction against him until he submits a certificate of interested parties as the Court previously ordered. Failure to timely

respond to this Order will result in automatic imposition of the $100 per day sanction continuing each calendar day, including weekends and holidays, against Kafallo until he complies with Local Rule 7.1 beginning Thursday, August 14, 2014.

Further, the Court reminds Kafallo's counsel that he has not been relieved of representing Kafallo and is still counsel of record for him. The Court will not approve any purported attempt to withdraw until counsel complies with the Local Rules and the California Rules of Professional Conduct.

**IT IS SO ORDERED.**

August 11, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**