# United States District Court
# Central District of California

| | |
|---|---|
| TED KOTCHEFF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IVAN DEMETRIUS KAFALLO,<br><br>　　　　　　Defendant. | Case No. 2:14-cv-03558-ODW(AJW)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Stipulation to Continue Pre-trial and Trial Dates (ECF No. 36), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by June 26, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are temporarily **VACATED** and taken off calendar.  After this time, the Court will reschedule pre-trial and trial dates if necessary.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 26, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**